**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:

Jayda James
XXX-XX-4444
(Debtor(s))

07 B 14004

Judge Wedoff

## ORDER TO PAY FUNDS TO THE TRUSTEE

TO: Township School Treasurer
Attn: Payroll Dept.
10114 Gladstone
Westchester, IL 60154

WHEREAS, the above named debtor has submitted a plan to pay his debts out of future earnings, and by his plan submits all of his future earnings to the supervision and control of this Court for the purpose of carrying out the plan.

NOW THEREFORE, IT IS ORDERED, that Township School Treasurer, employer of Jayda James deduct from the earnings of the debtor, the sum of $245.38 each PAY PERIOD beginning on the next pay day following receipt of this order and to pay the sum so deducted to the Chapter 13 Trustee, at least once a month at the following address:

Office of the Chapter 13 Trustee
1899 Paysphere Circle
Chicago, Illinois 60674

IT IS FURTHER ORDERED: that the employer shall change the amount of the deduction upon written notice from the Trustee or the attorney for debtor.

IT IS FURTHER ORDERED: that the employer shall stop the deduction upon written notice from either the Trustee or the attorney for debtor.

IT IS FURTHER ORDERED: that the employer notify the Trustee if the employment of the debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED: that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

ENTERED: 8/15/07

Eugene R. Wedoff
UNITED STATES BANKRUPTCY JUDGE

I agree to the entry of this order without further notice or hearing.

X Jayda James    6/30/07
Debtor or Attorney    Date

THIS ORDER WAS PREPARED BY:
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100